NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WALMART APOLLO, LLC,**
*Appellant*

**v.**

**BJ'S WHOLESALE CLUB HOLDINGS, INC.,**
*Appellee*

**JOHN A. SQUIRES, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2024-1952, 2024-1953, 2024-1954

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01528, IPR2022-01563, IPR2022-01564.

---

**JUDGMENT**

---

JENNIFER L. SWIZE, Jones Day, Washington, DC, argued for appellant.  Also represented by JOSEPH BEAUCHAMP, Houston, TX; JOHN R. BOULE, III, Los Angeles, CA; MATTHEW JOHNSON, JOSHUA R. NIGHTINGALE,

CHRISTIAN ROBERTS, Pittsburgh, PA; STEPHANIE M. MISHAGA, San Diego, CA.

MICHAEL V. MESSINGER, Vorys, Sater, Seymour & Pease LLP, Washington, DC, argued for appellee. Also represented by WILLIAM H. OLDACH, III; REX W. MILLER, II, Columbus, OH.

SHEHLA WYNNE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by NICHOLAS THEODORE MATICH, IV, MAUREEN DONOVAN QUELER.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, MAYER and LOURIE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 13, 2026
Date

Jarrett B. Perlow
Clerk of Court